# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEVEN KELSEY,**<br><br>　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**TRAVELER'S INSURANCE COMPANY, a foreign corporation;**<br><br>　　　　　　**Defendant.** | **4:22CV3206**<br><br>**ORDER** |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on December 20, 2023. Accordingly,

**IT IS ORDERED:**

1. On or before **January 24, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

3. The plaintiff's motion to extend ([Filing No. 13](#)) and the defendant's motion for summary judgment ([Filing No. 14](#)) are denied as moot.

4. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 20th day of December, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge