# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEVEN KELSEY,**<br><br>         **Plaintiff,**<br><br>vs.<br><br>**TRAVELER'S INSURANCE COMPANY, a foreign corporation;**<br><br>         **Defendant.** | **4:22CV3206**<br><br>**ORDER** |

This matter is before the Court on the Suggestion of Death of the plaintiff, Steven Kelsey (Filing No. 24). In accordance with Fed. R. Civ. P. 25(a)(1), plaintiff's counsel has moved for substitution requesting that Sherri Kusek, the Special Administrator for the Estate of Steven Kelsey, decedent, be substituted as party-plaintiff in his place. (Filing No. 25). The motion is unopposed. After review of the motion, supporting affidavit, and Letters of Special Administrator (Filing No. 25-1) the Court finds the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. The Suggestion of Death (Filing No. 24) and the plaintiff's Unopposed Motion for Revivor and Substitution of Party (Filing No. 25) are granted.

2. Sherri Kusek, the Special Administrator for the Estate of Steven Kelsey, decedent, is hereby substituted as the plaintiff in place of Steven Kelsey.

3. The clerk shall modify the docket to reflect this substitution.

Dated this 5th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge